THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES ANTHONY SPARKS, #219274, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:11-CV-55-WHA |
| | ) | WO |
| LEEPOSEY DANIELS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

On January 25, 2011, the Magistrate Judge filed a Recommendation (Doc. 4) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.      The Recommendation (Doc. 4)  of the Magistrate Judge is ADOPTED, and

2.      To the extent the petitioner seeks habeas corpus relief, the instant application is DENIED;

3.      To the extent the petitioner seeks issuance of a petition for writ of mandamus, this request is DENIED; and

4.      This case is DISMISSED for lack of jurisdiction.

An appropriate judgment will be entered.

Done this 23rd  day  of February, 2011.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE